John A. Kawai, SBN 260120
TRIAL LAWYERS FOR JUSTICE
877 S. Victoria Ave., Suite 201
Ventura, CA 93003
Tel: (310) 855-3727
Fax: (310) 855-63595
Email: jk@tl4j.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF EASTERN CALIFORNIA

| | |
|---|---|
| "LILY," "SARAH," "SLOANE," "CARA," "PIA," "NICOLETTA," "APRIL," and ALEX," <br><br> Plaintiffs, <br><br> vs. <br><br> KENNETH WAYNE LORENZ, <br><br> Defendant. | Case No.: 2:26-cv-02122 AC <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED USING PSEUDONYMS |

THIS MATTER, having come before the Court on the Plaintiffs' Motion to Proceed using Pseudonyms; and the Court having reviewed the following pleadings;

1.    Plaintiffs' Motion to Proceed using Pseudonyms and Memorandum of Points and Authorities;

2.    The Declarations of Carol L. Hepburn, Deborah A. Bianco, and Susanna L. Southworth;

3.    Any responsive pleadings filed by Defendant;

The Court finds on the basis of specific facts that the Plaintiffs have established good cause in support of their motion to proceed using pseudonyms, it is,

ORDERED ADJUDGED AND DECREED, upon request of Plaintiffs that Plaintiffs may proceed herein under the pseudonyms Lily, Sarah, Sloane, Cara, Pia, Nicoletta, April, and Alex.

- 1 -

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS

DATED this 10th day of June 2026.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

- 2 -